# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY COBOS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>S. SURYADEVARA, et al.,<br><br>　　　　Defendants. | 1:08-cv-01438-GSA-PC<br><br>ORDER DISREGARDING MOTION FOR CERTIFICATE OF APPEALABILITY<br>(Doc. 48.) |

　　　　Tony Cobos ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2013, the Court granted Defendants' motion for summary judgment, and judgment was entered in favor of Defendants. (Docs. 46, 47.) On April 29, 2013, plaintiff filed a motion for a certificate of appealability. (Doc. 48.)

　　　　Rule 22 of the Federal Rules of Appellate Procedure requires that an applicant who files a notice of appeal *in a habeas proceeding* must obtain a certificate of appealability under 28 U.S.C. § 2253(c), or a statement why a certificate should not issue, from the district judge who rendered judgment in the action. Fed. R. App. P. 22(b) (emphasis added). Plaintiff requests a certificate of appealability for the Ninth Circuit Court of Appeals. However, because plaintiff's appeal concerns a civil rights action under § 1983 and not a habeas proceeding, Rule 22 is not applicable. Therefore, Plaintiff's motion for a certificate of appealability shall be disregarded.

///

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for a certificate of appealability, filed on April 29, 2013, is DISREGARDED.

IT IS SO ORDERED.

Dated: **April 30, 2013**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE